IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 15-209 |
| | : | |
| EDWIN JIMERSON | : | |

## **ORDER**

AND NOW, this 25th day of January, 2021, upon consideration of Defendant Edwin Jimerson's pro se "Expedited/Emergency Motion to Reduce Sentence," the Government's opposition, Jimerson's reply, and Jimerson's supplemental motions seeking the same relief, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 65, 66, 72, 73, 74, and 76) are DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.