IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 15-209 |
| | : | |
| EDWIN JIMERSON | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2023, upon consideration of Petitioner Edwin Jimerson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 53), and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Petition is DENIED without an evidentiary hearing.

A certificate of appealability shall not issue, as Jimerson has not demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.