IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 15-209 |
| | : | |
| EDWIN JIMERSON | : | |

## **ORDER**

AND NOW, this 12th day of June, 2025, upon consideration of Defendant Edwin Jimerson's pro se Motion for Reduction of Sentence Under 18 U.S.C. § 3582, the Government's response thereto, and Jimerson's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 101) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.